AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States. | Case No. 2:21-mj-592 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States.

located in the **Southern** District of **District**, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(B) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
The attached affidavit of U.S. Postal Inspector Daniel Senchesak

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Daniel Senchesak, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*

Date: 09/10/2021

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>U.S. Postal Service Priority Mail parcel bearing label no.<br>addressed to Tasha Price 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States | Case No. _____<br><br>MAGISTRATE JUDGE<br>Kimberly A. Jolson |

## Affidavit in Support of Application for Search Warrant

I, DANIEL J. SENCHESAK, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since June 2007, presently assigned at the United States Postal Inspection Service (USPIS) Cleveland, Ohio Field Office to the Contraband Interdictions and Investigations (CI2) Team which investigates Prohibited Mailing offenses to include the mailing of dangerous narcotics, proceeds or payment from the sale of those narcotics, and other illegal contraband. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 14 years, during which time I have been the case agent for investigations leading to prosecution in U.S. District Court, as well as state courts.

2. Your affiant knows based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances, as well as U.S. currency and other financial instruments derived from the distribution of controlled substances, either as payment or proceeds. Your affiant knows based on training and experience that U.S. Postal Service Priority Mail provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On or about September 8, 2021, while conducting electronic parcel interdiction through postal databases, Postal Inspectors identified the following parcel:

    U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price, 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States.

5. U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88 is further described as a white USPS brand Priority Mail Flat Rate envelope, measuring approximately 12.5 inches X 9.5 inches, and weighing approximately 4 ounces. This parcel was mailed on September 7, 2021, from the Phoenix, Arizona 85013 Post Office and bore $7.95 in U.S. Postage. Postal Inspectors intercepted the parcel in transit, at a postal facility in the Southern District of Ohio on September 10, 2021.

6. The parcel did not require a signature for delivery. Signature waivers are commonly used on drug parcels so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

7. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, concerning the return address of 100790 e gray Rd, Scottsdale AZ 85260 and was unable to associate the name Kyle Creed at the return address on parcel no. 9505 5119 4111 1250 7876 88.          was unable to verify a valid address for the return address as listed on the parcel in either CLEAR or postal databases.

8. Your affiant made inquiries in CLEAR and was able to associate the listed recipient, Tasha Price, for the parcel bearing label no. 9505 5119 4111 1250 7876 88 at 51486 Wegee Rd, Bellaire OH 43906.

9. I know based on training and experience, that individuals using the U. S. Mail for the purpose of transporting controlled substances will often place fictitious address, name and/or phone number information, different variations of their names, or no names at all on these parcels, to conceal their true identities from law enforcement should the parcel be seized.

10. On September 10, 2021, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. The parcels were subjected to "Maximus", a narcotic detection canine handled by Detective Grant of the Belmont County Sheriff's Office. According to Detective Grant, Maximus gave a positive alert on the subject parcel. According to Detective Grant, this positive alert meant Maximus detected the odor of an illegal narcotic emanating from the parcel. According to Detective Grant, Maximus did not alert to the blank parcels which emanated no narcotics odors.

11. Detective Grant has been State Certified as a Narcotics Canine handler, and he and narcotics canine Maximus have worked together since 2020. Detective Grant and canine Maximus were both re-certified in June 2021 by the Ohio Peace Officers Training Academy (OPOTA). Detective Grant and canine Maximus were both certified in June 2020 by the Ohio State Highway Patrol and OPOTA. Detective Grant and canine Maximus have both completed 80 hours of a state-certified training program at OSHWP K-9 training center, Gallipolis, OH under Certified Trainer Sergeant Stoney Johnson. During this time, Maximus was trained and certified to alert to the presence of the odors from Cocaine, "Crack" Cocaine, Heroin, Methamphetamine, and other

derivatives. Detective Grant has been trained how to handle a detector K-9 and read his alerts. According to Detective Grant, Maximus is a reliable K-9 assist unit.

12. Your affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

13. Your affiant knows based on training and experience that Arizona is a common origination area for controlled substances sent through the U.S. Mail with the Southern Ohio area being a common destination point for controlled substances sent through the U.S. Mail. Your affiant also knows that Arizona is a common destination point for narcotic proceeds, and Priority Mail is a method used for mailing these proceeds. Your affiant knows based on training and experience that information listed herein identifies common characteristics of a U.S. Postal Service parcel which contains narcotics.

14. Based on the information contained herein, your affiant maintains there is probable cause to believe that U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price, 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

Daniel J. Senchesak
United States Postal Inspector

*This affidavit was sworn to by the affiant, who attested to its contents by telephone, pursuant to Crim. R. 4.1 (B)(2)(A), after a PDF was transmitted by email, per Crim. R. 4.1 (d)(3), This 10th DAY of September 2021*

Kimberly A. Jolson
United States Magistrate Judge