AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 2:21-mj-592
U.S. Postal Service Priority Mail parcel bearing label no. 9505 )
5119 4111 1250 7876 88, addressed to Tasha Price 51486 )
Wegee Rd, Bellaire OH 43906 United States, with a return )
address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 )
United States.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    **Southern**    District of    **Ohio**
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b)

**YOU ARE COMMANDED** to execute this warrant on or before    **Sept. 10, 2021**    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    **SD OF OHIO CLERK OF COURTS**    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    **September 10, 2021   1:34 PM**      *[signature]*
     Kimberly A. Jolson
City and state:    **Columbus, Ohio**      United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21MJ592 | Date and time warrant executed: 09/10/2021   1:42 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of :
BCSO Detective Tyler Grant, FBI SA Andrew McCabe, USPIS TFO/ CCSO Detective Michael Twombly

Inventory of the property taken and name(s) of any person(s) seized:
U.S. Postal Service Priority Mail parcel bearing label no. 9505 5119 4111 1250 7876 88, addressed to Tasha Price, 51486 Wegee Rd, Bellaire OH 43906 United States, with a return address of Kyle Creed, 100790 e gray Rd, Scottsdale AZ 85260 United States and the following related contents: approximately four grams of blue suspected fentanyl pills contained within blue painter's tape, tin foil, and one cardboard USPS envelope.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/14/2021

*Executing officer's signature*

Daniel Senchesak, U.S. Postal Inspector
*Printed name and title*